IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20916
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ABDELHADY ABDELHADY,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No.  H-96-CR-59
- - - - - - - - - -
August 14, 1997
Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Abdelhady Abdelhady appeals his conviction for possession of a machinegun in violation of 18 U.S.C. § 922(o).  He argues for the first time on appeal that his conviction is invalid because § 922(o) is unconstitutional on its face and as applied to his case.  We conclude that no plain error has occurred.  See United States v. Knutson, 113 F.3d 27, 30-31 (5th Cir. 1997).

AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.